United States District Court
Central District of California

UNITED STATES OF AMERICA vs.                     CR 94-683(B)-1-CBM
Defendant Anthony Lollis                         Social Security #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
         aka Tony Lollis                         Residence/Mailing 2051 Summerland Street
_____                                            Ranch Palos Verdes, CA
_____                                                            90275

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on:

                                                            November 10, 1997
                                                            Month / Day / Year

COUNSEL:
_____ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have
counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
  X   WITH COUNSEL: Errol Stambler, Appointed.

PLEA:
  X   GUILTY, and the Court being satisfied that there is a factual basis for the plea.
_____ NOLO CONTENDERE                  _____ NOT GUILTY

FINDING:
There being a finding/verdict of _____ GUILTY on ___, defendant has been convicted as charged
of the offense(s) of:  15 USC 78J(b), 78ff and 17 C.F.R. 240-10b-5, 18 USC 2(b):
Securities Fraud, and Causing an Act to be Done (Counts 1 and 2 of Second
Superseding Indictment), Class D Felonies

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced.
Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court
adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the
Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby
committed upon counts 1 and 2 of the Second superseding Indictment to the custody of the Bureau
of Prisons to be imprisoned for a term of: Twenty-seven (27) months.  This term consists
of 27 months on each of Counts 1 and 2 of the Second Superseding Indictment, to
be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised
release for a term of 3 years under the following terms and conditions:  1) The
defendant shall comply with rules and regulations of the U.S. Probation Office
and General Order 318; 2) if the amount of any mandatory assessment imposed by
this judgment remains unpaid at the commencement of the term of community
supervision, the defendant shall pay such remainder as directed by the Probation
Officer; and 3) the defendant shall not be employed by, or associate with, any

In addition to the special conditions of supervision imposed above, it is hereby ordered that
the Standard Conditions of Probation and Supervised Release set out on the reverse side of this
judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the
period of supervision, and at any time during the supervision period or within the maximum period
permitted by law, may issue a warrant and revoke supervision for a violation occurring during
the supervision period.

_____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should
the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _____

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment
Order to the U.S. Marshal or other qualified officer.

                                                    Sherri R. Carter, Clerk

Dated/Filed 9/25/97                                 By Nate Scott, Deputy Clerk
            Month / Day / Year                                      , Deputy Clerk

United States District Court
Central District of California

UNITED STATES OF AMERICA vs.

CR <u>94-683(B)-1-CBM</u>

Defendant <u>Anthony Lollis</u>

Date <u>November 10, 1997</u>

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

broker or dealer, investment company, investment advisor, municipal securities dealer, or any member of a national securities exchange, or registered securities association; and the defendant shall not engage or participate in any way directly or indirectly, in the offer or sale of securities to any issuer.

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.

Restitution has been ordered in view of the defendant's lack of resources and limited future earning potential.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100.

IT IS FURTHER ORDERED that the defendant shall surrender to the facility designated by the Bureau of Prisons or if not designated to the United States Marshal, on or before January 6, 1998.

THE COURT RECOMMENDS that the defendant be considered for the Bureau of Prisons Boot Camp Program, if he qualifies.

Signed by:  District Judge _____

Sherri R. Carter, Clerk

Dated/Filed _11_ _13_ _97_
      Month / Day / Year

By _____
                    , Deputy Clerk

Page 2 of 2